United States Courts
Southern District of Texas
FILED

*October 24, 2022*

Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas

**ENTERED**

October 24, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § | Case No.   7:22-MJ-2056-01 |
| | § | |
| RICARDO SAENZ | § § § | |

### ORDER OF DETENTION – MATERIAL WITNESS

RE:   MATERIAL WITNESS

   YAEL YAFET CORONA-CORONADO

In accordance with 18 U.S.C. § 3144 and the provisions of 18 U.S.C. § 3142, a detention hearing was held. I conclude that the following facts require the detention of the material witness pending trial in this case.

### Part I- Finding of Fact

(1) There is a serious risk that the Material Witness will not appear at future court proceedings.

### Part II – Written Statement of Reasons for Detention

I find that the credible testimony and information submitted establishes by preponderance of the evidence that there is no condition or combination of conditions that will reasonably assure the appearance of the material witness at future proceedings.

Notably, the material witness in the underlying case is a citizen of a foreign country and has no legal status to reside in the United States.

Should additional evidence come to light or conditions become available that would materially affect this Court's ruling, the material witness may move to reopen the detention hearing. *See* 18 U.S.C. § 3142(f).

### Part III- Directions Regarding Detention

The witness is committed to the custody of the Attorney General or his designated representative for confinement in a detention facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The witness shall be afforded a reasonable opportunity for private consultations with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the detention facility shall deliver the witness to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated: 10/24/2022

_____
NADIA S. MEDRANO
United States Magistrate Judge